**Order entered January 2, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01086-CR

### DANIEL RUBIN HILLIN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 4
### Dallas County, Texas
### Trial Court Cause No. F12-34374-K

## ORDER

Appellant's December 27, 2013 motion for extension of time to file a reply brief is

**GRANTED**. The time to file appellant's reply brief is **EXTENDED** to **February 5, 2014**.


/s/      LANA MYERS
         JUSTICE